**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

NO. CAAP-11-0000114

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Plaintiff-Appellee, v.
TAMARA J. SHINE, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE SECOND CIRCUIT
(CASE NO. 2P110-01895)

ORDER DISMISSING APPEAL
(By: Nakamura, C.J., Leonard and Ginoza, JJ.)

Upon review of the record, it appears that: (1) on February 25, 2011, Defendant-Appellant Tamara Shine (Appellant) filed a notice of appeal, but she did not pay the filing fee; (2) on May 19, 2011, the appellate clerk informed Appellant that the filing fee was not paid and that the record cannot be prepared and filed without payment of the filing fee or an order allowing Appellant to proceed in forma pauperis pursuant to Hawaiʻi Rules of Appellate Procedure (HRAP) Rule 24; (3) the appellate clerk further informed Appellant that the matter would

be called to the attention of the court on May 29, 2011 for such action as the court deemed proper pursuant to HRAP Rule 11(c)(2), including dismissal of the appeal; and (4) thereafter, Appellant did not pay the filing fee, submit a motion to proceed in forma pauperis, or request relief from default.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawaiʻi, June 21, 2011.


Chief Judge


Associate Judge


Associate Judge